UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| LESLIE HERNANDEZ NIEVES,<br><br>Plaintiff,<br><br>v.<br><br>POLLY KAISER, et al.,<br><br>Defendants. | Case No. 25-cv-06921-LB<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: ECF No. 1 |

Petitioner Leslie Hernandez Nieves filed this habeas petition under 28 U.S.C. § 2241 challenging her arrest and detention following her immigration hearing on August 15, 2025. At the hearing, the government moved to dismiss her removal proceedings to allow it to pursue the petitioner's expedited removal. The immigration judge did not decide the motion, allowing the petitioner ten days to respond to the government's motion and setting a merits hearing on her asylum application for February 29, 2028. Department of Homeland Security agents arrested the petitioner before she could leave building.[1] The petitioner alleges violations of her right to due process under the Fifth Amendment to the U.S. Constitution.[2]

---

[1] Pet. – ECF No. 1 at 12 (¶¶ 52–53). Citations refer to material in the Electronic Case File (ECF); pinpoint citations are to the ECF-generated page numbers at the top of documents.

[2] *Id.* at 13–15 (¶¶ 58–67).

ORDER – No. 25-cv-06921-LB

A district court must "award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person is not entitled thereto." 28 U.S.C. § 2243. The respondent must respond to the petition on the schedule set forth below.

The clerk must serve a copy of this order and the "consent or declination to magistrate judge jurisdiction" form on the respondent by email to (1) usacan.ecf.usdoj.gov, (2) pamela.johann@usdoj.gov, (3) kathy.terry@usdoj.gov. The respondent's return is due August 16, 2025. The petitioner's traverse is due August 21, 2025. The parties may confer about and adjust the schedule by stipulation. The matter will be taken under submission, or set for hearing, in the court's discretion.

**IT IS SO ORDERED.**

Dated: August 15, 2025

LAUREL BEELER
United States Magistrate Judge