UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| LESLIE HERNANDEZ NIEVES,<br>Plaintiff,<br>v.<br>POLLY KAISER, et al.,<br>Defendants. | Case No. 25-cv-06921-LB<br><br>**JUDGMENT** |

On August 5, 2026, the court granted petitioner's habeas petition. Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters judgment in favor of the petitioner and against the respondents. The court directs the Clerk of Court to close the file in this matter.

**IT IS SO ORDERED.**

Dated: August 5, 2026

LAUREL BEELER
United States Magistrate Judge

United States District Court
Northern District of California